IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHELY McCULLOUGH DeDEAR, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL NO. 4:18-cv-0217 (HON. VANESSA D. GILMORE) |
| TACO BELL OF AMERICA, LLC, | § § § | |
| *Defendant.* | § | |

## AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ashley McCullough DeDear ("Plaintiff") and Defendant Taco Bell of America, LLC ("Defendant"), through the undersigned counsel, jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have been asserted against Defendant in this action, as Plaintiff and Defendant have agreed upon the settlement and compromise of all claims Plaintiff made against Defendant. Each party agrees to bear its own attorneys' fees and costs.

Dated: December 19, 2018

Respectfully submitted,

*/s/ Brian H. Crockett*
Brian H. Crockett
Texas Bar No. 24074094
CROCKETT LAW, P.C.
9900 Westpark Drive, Suite 200
Houston, Texas 77063
Telephone: 281-953-1180
Facsimile: 281-953-1186
Email: brian@crockettlawfirm.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF


*/s/ William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
S.D. Tex. Admission No. 18655
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Telephone: 713-425-7400
Facsimile: 713-425-7700
Email: wpilat@krcl.com

ATTORNEY-IN-CHARGE FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on December **19**, 2018, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, through the electronic case filing system for the United States District Court for the Southern District of Texas:

William R. Pilat
Kane Russell Coleman Logan PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056

*/s/ Brian Crockett*
Brian Crockett