IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHELY McCULLOUGH DeDEAR | § § | |
| VS. | § § § | CIVIL NO. 4:18-cv-0217 |
| TACO BELL OF AMERICA, LLC | § | |

### ORDER GRANTING AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (Doc. #15) filed in this case by the Plaintiff, Ashley McCullough DeDear ("Plaintiff"), and the Defendant, Taco Bell of America, LLC ("Defendant"), the Court is of the opinion that the Agreed Joint Stipulation of Dismissal with Prejudice should be GRANTED. It is, therefore,

ORDERED that all claims that Plaintiff did or could have asserted against Defendant in this action are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

SIGNED this 19th day of Dec 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE